UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 20 2006 ★

BROOKLYN OFFICE

---------------------------------------

RUBEN DARIO CORREA,

    Petitioner,

    -vs-

ALBERTO GONZALEZ, U.S. Attorney General,

    Respondent,

---------------------------------------

**ORDER**

Civil Action
No. CV-05-2523

(Trager, J.)

Trager, J.

Plaintiff's application for immediate removal from the United States to his native Columbia prior to the completion of his sentence is denied as this court is without authority to grant petitioner's request. See Duamutef v. Ashcroft, 386 F. 3d 172, 180-81 (2nd Cir. 2004)

Accordingly, the Clerk of Court is directed to enter judgement to close the case.

SO ORDERED.

                                  s/David G. Trager
                                  David G. Trager
                                  United States District Judge

DATED: Brooklyn, N.Y.
       January 13, 2006