UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUBEN DARIO CORREA,

                     Petitioner,

  -against-

ALBERTO GONZALEZ, U.S. Attorney General,

                     Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2523 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 24    ★

BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on January 20, 2006, denying petitioner's application for immediate removal from the United States to his native Columbia prior to the completion of his sentence as this Court is without authority to grant petitioner's request; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for immediate removal from the United States to his native Columbia prior to the completion of his sentence is denied as this Court is without authority to grant petitioner's request.

Dated: Brooklyn, New York
       January 20, 2006

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court